# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR 06-397-TUC-FRZ (JM) |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| Michelle Marlina Lopez, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Suppress: Illegal Stop [27] and Amended Motion to Suppress: Illegal Stop [30].

On September 19, 2006 and November 1, 2006, Magistrate Judge Jacqueline Marshall conducted a hearing and on November 28, 2006 issued her Report and Recommendation [68]. A copy was sent to all parties. Objections were filed by the Government [74] and Defendant filed a response to the Government's objection [76].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Marshall's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that Defendant's Motion to Suppress: Illegal Stop [27] and Amended Motion to Suppress: Illegal Stop [30] are GRANTED.

DATED this 8th day of January, 2007.

FRANK R. ZAPATA
United States District Judge